UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CONNIE SHAW, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Cause No. 3:05-CV-94-RM |
| | ) |
| GDX NORTH AMERICA d/b/a GDX AUTOMOTIVE, | ) |
| | ) |
| Defendant | ) |

OPINION AND ORDER

The plaintiff filed her amended complaint on May 26, 2005 as authorized by FED R. CIV. P. 15(a). The defendant's pending motion to dismiss pertains to the original complaint, not the amended one, so it is now moot.

Accordingly, the defendant's motion to dismiss [docket no. 11] is DENIED AS MOOT.

SO ORDERED.

ENTERED:   May 31, 2005

/s/Robert L. Miller, Jr.
Chief Judge
United States District Court

1